AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Gloria Alcala

    Plaintiff(s),

V.

City of Oakland, Deborah Grant, and Anil Comelo

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-05050-MMC

Notice is hereby given that, subject to approval by the court, __Defendant Deborah Grant__ substitutes
(Party (s) Name)

__Cathy L. Arias__, State Bar No. __141989__ as counsel of record in
(Name of New Attorney)

place of __Barbara J. Parker, Otis McGee, Jr., and Jamilah A. Jefferson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Burnham Brown
 Address: 1901 Harrison Street, 14th Floor, Oakland, CA 94612
 Telephone: (510) 444-6800    Facsimile (510) 835-6666
 E-Mail (Optional): carias@burnhambrown.com

I consent to the above substitution.
Date: 9-25-2015

        (Signature of Party (s))

I consent to being substituted.
Date:

        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/25/15

        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 1, 2015

        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]