AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

United States District Court    District of    Northern California

Gloria Alcala
        Plaintiff (s),

V.

City of Oakland, Deborah Grant, Anil Comelo
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C14-05050

Notice is hereby given that, subject to approval by the court, __Anil Comelo__ substitutes
(Party (s) Name)

__Timothy Moppin__, State Bar No. __133363__ as counsel of record in
(Name of New Attorney)

place of __Barbara J. Parker; Jamilah Jefferson; Otis McGee, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    BASSI EDLIN HUIE & BLUM
Address:       500 Washington Street, Suite 700, San Francisco, CA 94111
Telephone:    (415) 397-9006     Facsimile (415) 397-1339
E-Mail (Optional):  tmoppin@behblaw.com

I consent to the above substitution.
Date: _____
                              (Signature of Party (s))

I consent to being substituted.
Date: _____
                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/25/15
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 5, 2015
                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]