
BURNHAM BROWN

CATHY L. ARIAS
carias@burnhambrown.com

November 4, 2015

Magistrate Judge Laurel Beeler
United States District Court - Northern District of California
450 Golden Gate Avenue
Courtroom C - 15th Floor
San Francisco, CA 94102

Re: <u>Gloria Alcala v. City of Oakland, et al.</u>
USDC-Northern District Case No.: 3:14-cv-05050 MMC

Dear Honorable Beeler:

This office represents City of Oakland employee Deborah Grant who is named as a defendant in the above-referenced matter. This matter is currently scheduled for a settlement conference in your department at 10:00 a.m. on November 16, 2015. I am writing with the consent of all parties to request that individually named defendants Deborah Grant and Anil Comelo be excused from in-person attendance at the settlement conference. All parties are in agreement that excusing both individual defendants will foster settlement negotiations.

Plaintiff is currently on administrative leave from her position with the City of Oakland. The parties are concerned that interaction between Plaintiff and the individual defendants could hinder settlement negotiations as Plaintiff might react emotionally to their presence. Further, any settlement offers made by the City of Oakland, who will be represented by its own counsel and a suitable representative, will be on behalf of <u>all</u> defendants. The individual defendants will be available, if necessary, via telephone. Both have consented to the City of Oakland settling this case on their behalf. Both will be represented by counsel at the conference.

Thank you for your anticipated consideration of this request.

Very truly yours,

BURNHAM BROWN

Cathy L. Arias

CLA:sb
cc: All counsel

Dated: November 6, 2015
The court denies the motion. The courts believes that a productive settlement conference requires the attendance of all parties. The court is happy to have a phone call to discuss this. It can be arranged through the courtroom deputy, Lashanda Scott (415) 522-3140.

DENIED
Judge Laurel Beeler

4840-3112-0170, v. 1