**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ALCALA,

           Plaintiff,

   v.

CITY OF OAKLAND, et al.,

           Defendants.

_____/

No. C 14-5050 MMC

**ORDER OF DISMISSAL**

      The parties having advised the Court that they agreed to a settlement of this cause contingent on approval by the Oakland City Council, and that the Oakland City Council subsequently approved the settlement,

      IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing parties, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

      **IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
MAXINE M. CHESNEY
United States District Judge