IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ALCALA,

    Plaintiff,

  v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 14-cv-05050-MMC

**AMENDED[1] ORDER OF DISMISSAL**

Re: Dkt. No. 34

The parties having advised the Court that they agreed to a settlement of this cause contingent on approval by the Oakland City Council, and that the Oakland City Council subsequently approved the settlement,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing parties, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: March 31, 2016

                                MAXINE M. CHESNEY
                                United States District Judge

---

[1] The sole amendment is to specify that the dismissal of plaintiff's claims is with prejudice, pursuant to the Court's order, filed concurrently herewith, granting plaintiff's motion to amend the Court's order of February 3, 2016.